IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ANDERSON, et al.,<br><br>　　　　Defendants. | No.  2:19-CV-0612-JAM-DMC-P<br><br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the Court is Defendants' unopposed motion, ECF No. 26, for modification of the Court's January 22, 2020, scheduling order.  Good cause appearing therefor, Defendants' motion is granted and the Court's scheduling order is modified as outlined below.

　　　　1.　　　The parties may conduct discovery until November 22, 2020. All requests for discovery pursuant to Fed. R. Civ. P. 30, 31, 33, 34, 36, and 45 shall be served by this discovery cut-off date.  Any motions necessary to compel discovery shall be filed within 60 from this cut-off date; and

/ / /

/ / /

/ / /

/ / /

1

2. All dispositive motions shall be filed within 90 days after the discovery cut-off date specified above.

IT IS SO ORDERED.

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE