IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KAREEM J. HOWELL,** | Case No. 2:19-cv-0612 JAM DMC (PC) |
| Plaintiff, | **ORDER** |
| v. | |
| **D. ANDERSON, et al.,** | |
| Defendants. | |

The Court has read and considered Defendants' request to conduct depositions of incarcerated individuals, including Plaintiff, by video. Good cause appearing, the Court grants Defendants' request. Defendants are granted leave to conduct depositions of incarcerated individuals, including Plaintiff, by video.

**IT IS SO ORDERED.**

Dated:  October 16, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE