# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAREEM J. HOWELL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. ANDERSON, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0612-JAM-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court is Defendants' third motion to modify the schedule for this case. See ECF No. 31.

　　　　On January 22, 2020, the Court issued an order setting an initial schedule for this litigation. See ECF No. 21. On May 22, 2020, Defendants filed their first motion to modify the schedule, see ECF No. 23, which the Court granted, see ECF No. 25. On August 21, 2020, Defendants filed their second motion to modify the schedule, see ECF No. 26, which the Court also granted, see EF No. 28. Defendants now seek a third modification of the schedule.

　　　　Pursuant to the most recent order modifying the schedule for this case, the deadline to complete discovery was November 22, 2020, with any motions to compel due within 60 days thereafter. See ECF No. 28. Defendants now seek an extension of time to December 17, 2020, to conduct Plaintiff's deposition. See ECF No. 31. Good cause appearing therefor,

Defendants' motion will be granted. Defendants shall have until December 17, 2020, to take Plaintiff's deposition. Except for Plaintiff's deposition, discovery is otherwise closed. Defendants are advised that absent a compelling showing of good cause, no further modifications of the discovery schedule will be accommodated.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' third motion, ECF No. 31, for modification of the schedule is granted;

2. Defendants shall have until December 17, 2020, to take Plaintiff's deposition;

3. Discovery is otherwise closed; and

4. The Clerk of the Court is directed to terminate the motion at ECF No. 30 pursuant to the notice of withdrawal at ECF No. 32.

Dated: December 15, 2020

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE